# AFFIDAVIT OF SERVICE

**State of Georgia** **County of UNITED STATES DISTRICT COURT** **Northern District Of Georgia Court**

Case Number: 1:20-CV-04373-SDG Court Date: 5/16/2022 9:30 am

Plaintiff:
**E.F.,**

vs.

Defendant:
**RED ROOF INNS, INC.,**

For:
DAVID BOUCHARD

Received by Discrete Professional Services L. L. C. on the 21st day of March, 2022 at 2:00 pm to be served on **Officer R.A. Armentrout (Badge # 2909), College Park Police Department, 3717 College Street, College Park, GA 30337**.

I, MUHSIN S. HASSAN, being duly sworn, depose and say that on the **22nd day of March, 2022** at **12:52 pm, I:**

**SUBSTITUTE/POLICE DEPT.** served by delivering a true copy of the **LETTER FROM ATTORNEY and SUBPOENA FOR DEPOSITION and INCIDENT/INVESTIGATION REPORTS,** to: **Officer J Ando** at the address of: **3717 College Street, College Park, GA 30337**, and informed said person of the contents therein, in compliance with state statutes.

I am over the age of 18, of sound mind and neither a party to nor interested in the above suit. I have personal knowledge of the facts stated above. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state or federal jurisdiction.

Subscribed and Sworn to before me on this 22 day of MARCH, 2022, by the affiant who is personally known to me or has show acceptable identification.

Ernestine Bell
NOTARY PUBLIC

ERNESTINE BELL NOTARY EXPIRES GEORGIA 01/03/2026 PUBLIC DEKALB COUNTY

**MUHSIN S. HASSAN**

**Discrete Professional Services L. L. C.**
**P.O. Box 451081**
**Atlanta, GA 31145**
**(470) 454-3107**

Our Job Serial Number: DIS-2022000279
Ref: E.F. v Red Roof Inns

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c